### BUD LARNED v. THE STATE.

No. 2059. Decided February 21, 1900.

**Local Option—Evidence—Different Transactions—Election.**

On a trial for violation of local option, the State proved two different and distinct transactions, occurring on different days, whereupon appellant moved the court to require the prosecution to elect upon which transaction a conviction would be sought, and the motion being refused, the same was renewed after appellant had closed his testimony, and again refused. Held, error.

APPEAL from the County Court of Hood. Tried below before Hon. PHIL. JACKSON, County Judge.

Appeal from a conviction for violation of local option; penalty, a fine of $25 and twenty days confinement in the county jail.

No statement necessary.

No briefs for appellant found in the record.

*Rob't A. John,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of violating the local option law. The State proved two different and distinct transactions, occurring on different days. When the State closed its testimony, appellant moved the court to require the prosecution to elect upon which transaction a conviction would be sought. This was refused. This motion was again renewed after appellant had closed his testimony, and the court again refused to require the State to elect. This was erroneous. Batchelor v. State, ante, p. 501, and authorities therein cited. The other questions raised are without merit. For the reason indicated, the judgment is reversed and the cause remanded.

*Reversed and remanded.*